UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARRY CLINTON HARRY STODDARD,<br><br>                    Petitioner,<br><br>     v.<br><br>SEATTLE POLICE DEPARTMENT, et al.,<br><br>                    Respondent. | Case No. 15-72 MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

Petitioner Harry Clinton Harry Stoddard, proceeding pro se, submitted an application to proceed in forma pauperis ("IFP") and a proposed Section 2241 petition for writ of habeas corpus. Dkt. 1. By letter dated January 16, 2015, the Clerk informed petitioner that his IFP application was deficient and directed him to correct the deficiency by February 17, 2015. Dkt. 3. On February 11, 2015, the Post Office returned the letter with the notation "Return to Sender, No Such Number Unable to Forward." Dkt. 4.

Local Civil Rule ("LCR") 10(f) requires represented and unrepresented parties to notify the Court of any change of address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address and, if electronically filing or receiving notices electronically, his or her current email address. If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is

REPORT AND RECOMMENDATION- 1

returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute.

To date, petitioner has not notified the Court of his current address, and has not filed anything to further prosecute this action. Accordingly, the Court recommends **DISMISSING** this action without prejudice pursuant to Local Rule CR 41(b)(2), for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Any objections to this Recommendation must be filed no later than **Monday, May 4, 2015**. The matter will be ready for the Court's consideration on **Wednesday, May 6, 2015**. Objections shall not exceed five (5) pages. The failure to timely object may affect the right to appeal.

DATED this <u>13th</u> day of April, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2